UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAHAM HOOD, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL TRADING COMPANY, and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 11, <br><br> Defendants. | Hon. Peter G. Sheridan, U.S.D.J. <br> Civ Action No. 2:08-cv-05108-PGS-ES <br><br> **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** <br><br> *Document Filed Electronically* |

Plaintiff Daham Hood, by his attorney, Aslan T. Soobzokov, Esq., Defendant General Grocery Warehouse Company (improperly pled as General Trading Company) by its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and Defendant International Brotherhood of Teamsters, Local 11, by its attorneys, Kroll, Heineman & Giblin, LLC hereby stipulate and agree that Plaintiff's allegations against all Defendants set forth in the Amended Complaint shall be and hereby are dismissed in their entirety and with prejudice, each party to bear its own costs.

Aslan T. Soobzokov, Esq.
1029 Main Street
P.O. Box 885
Paterson, NJ 07533
Attorneys for Plaintiff

Dated: 10-30-08

Brian D. Lee, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 402
Morristown, NJ 07960
Attorneys for Defendant General Grocery Warehouse Company (improperly pled as General Trading Company)

Dated: 10/30/08

Curtis T. Jameson, Esq.
KROLL, HEINEMAN & GIBLIN, LLC
Metro Corporate Campus One
99 Wood Avenue South
Suite 307
Iselin, NJ 08830
Attorneys for Defendant International
Brotherhood of Teamsters, Teamsters
Local 11 Union

Dated: October 30, 2008

SO ORDERED this 18 day of November, 2008:

The Honorable Peter G. Sheridan, U.S.D.J.

6773484.1 (OGLETREE)